**Larry HAYNES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 56192.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 14, 1989.

Lew A. Kollias, Melinda K. Pendergraph, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Larry Haynes, appeals the denial of his Rule 24.035 motion after an evidentiary hearing. The findings of fact and conclusions of law of the motion court are not clearly erroneous and an extended opinion would serve no precedential purpose. Affirmed. 84.16(b).